**Dated: October 09, 2018**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

**In re:**

    **ALFRED ROBINSON**        Case No. 18-28034 E
                                                                  Chapter 13
                                                                  Adv. Proc. No. 18-00239

    **Debtor(s)**


    **ALFRED ROBINSON**

    **Plaintiff/Debtor**

    **Vs.**

    **CARRINGTON MORTGAGE**

    **Defendant/Creditor**

## ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER ENJOINING SALE, ENCUMBERING OR DISPOSITION OF REAL PROPERTY

       This cause came before the Court on the Debtor(s)' Motion for Temporary Restraining Order, and the Court finds as follows:

1.     The Debtor(s)' Motion for Temporary Restraining Order is hereby granted.

2.     That Carrington Mortgage is hereby prohibited from selling or disposing, or transferring the real property located at 5144 Lexie Drive, Memphis TN 38116.

3. The final hearing shall be reset for October 4, 2018, at 10 a.m.

4. The Chapter 13 Trustee shall adjust the plan as necessary.

**IT IS SO ORDERED**.

APPROVED:

/s/ Brian W. Lynn
Brian W. Lynn
P.O. Box 111064
Memphis, TN 38111-1064
(901) 791-1485


/s/ Sylvia Ford Brown
Chapter 13 Trustee


**Service to:**

Debtor
Debtor's Attorney
Case Trustee
Carrington Mortgage
Rubin Lublin