**Dated: December 20, 2018**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>ALFRED ROBINSON,<br><br>    Debtor. | Case No. 18-28034<br>Chapter 13 |
| ALFRED ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>CARRINGTON MORTGAGE,<br><br>    Defendant. | Adversary No. 18-00239 |

**ORDER GRANTING CARRINGTON MORTGAGE SERVICES'**
**MOTION TO DISMISS**

This matter is before the Court on the Motion to Dismiss filed by Defendant Carrington Mortgage Services, LLC ("Carrington") on October 25, 2018 (the "Motion"). [Doc. 10]. The Motion came before the Court for a hearing on December 6, 2018. For the reasons set forth in the

1

Motion, the Court finds that the Motion should be granted. Accordingly, the Motion is hereby **GRANTED,** and the above-styled adversary is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(1).

# # #

**PREPARED AND PRESENTED BY:**

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com

*Attorney for Carrington Mortgage Services, LLC*

**APPROVED FOR ENTRY**

  /s/ Sylvia F. Brown
  Chapter 13 Trustee
SYLVIA FORD BROWN
Chapter 13 Trustee
200 Jefferson Ave., Suite 1113
Memphis, TN 38103